AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **CESAR A. BOLANOS** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about   June 28, 2004 on or about July 14, 2004   in Washington, D.C. county, in the District of   Columbia   defendant(s),   (Track Statutory Language of Offense)

knowingly transfer, possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony offense relating to fraudulent and false documents.

in violation of Title 18  United States Code, Section(s)   1028A(a)  .

I further state that I am Timothy W. Alexandre, Special Agent, with the United States Department of State, Diplomatic Security Service and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Heidi M. Pasichow  (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
Timothy W. Alexandre, Special Agent
United States Department of State
Diplomatic Security Service

_____   at   Washington, D.C.
Date                                                        City and State

_____       _____
Name & Title of Judicial Officer                Signature of Judicial Officer