## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## CESAR A. BOLANOS

1) I, Timothy W. Alexandre, having been duly sworn, hereby depose and say:

2) I am a Special Agent (SA) of the United States Department of State, Diplomatic Security Service and I am assigned to the Washington Field Office in Dunn Loring, Virginia.  I have been employed as a Special Agent since September 27, 1997.  I am assigned to investigate criminal violations of matters relating to the U.S. Department of State, including passport, visa fraud and identity theft.  I have completed training in criminal investigations at the Federal Law Enforcement Training Center and the Diplomatic Security Training Center.

3) This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Cesar A. Bolanos, born on May 31, 1982, with Aggravated Identity Theft, in violation of 18 United States Code, Section 1028A(a), because he did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony offense relating to fraudulent and false documents, in this case, the possession of false documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to be unlawfully obtained, in violation of Title 18 United States Code, Section 1546(a).

4) During on or between June, 2004 and July, 2004 the Washington Metropolitan Police Department (MPD) conducted an undercover operation in the northeast section of Washington, D.C.  During this operation Cesar A. Bolanos sold stolen property to an undercover police officer.  The stolen property included several stolen identity documents.

5) On June 28, 2004 at 9:44 p.m. Cesar A. Bolanos sold an undercover MPD Police Officer a Peruvian Passport, number 2065398, which was issued to Guillermo Eduardo Zambrano Hildebrandt.  The Passport contained a valid United States Visa, control number 20011061020003, in the same name.  The Undercover Officer also purchased a checkbook and pay stubs that were issued to Hildebrandt.  A check of the U.S. Department of State's Consolidated Consular Database indicated that the above-referenced visa was lawfully issued to Hildebrandt at the United States Embassy in Lima Peru. The photo and passport number in the database match the photo and passport number of the passport that Cesar A. Bolanos sold to the Undercover Officer.

6) On or about May 2, 2005, the affiant spoke with  Guillermo Eduardo Zambrano Hildebrandt, who stated that his Passport, checkbook and other items of property were stolen from his automobile which had been parked in Langley, Virginia on or between about May - June, 2004.

7) On July 14, 2004, at approximately 6:42 p.m. Cesar A. Bolanos sold the MPD Undercover Officer (1) a valid Guatemalan passport, number F0404066 which was issued to Yesenia Yamileth Arana Guerra, (2) what purports to be Republic of Honduras birth certificate number 0745856 in the name of Neli Adeli Galdamez, and (3) a valid District of Columbia Certificate of Live Birth number DC224314 in the name of Antony Gilberto Franco-Arana. This transaction was captured on videotape and was viewed by the affiant.

8) Based on the foregoing, I respectfully submit that there is probable cause to believe that Cesar A. Bolanos violated 18 USC, Section 1028A(a) because he knowingly possessed the means of identification of another person, without lawful authority, while committing the crime of possession of fraudulent identity documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to have been procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

9) I respectfully request that an Arrest Warrant be issued for Cesar A. Bolanos based upon the information contained herein.

_____
Timothy Alexandre, Special Agent
United States Department of State
Diplomatic Security Service

Sworn to and subscribed before me this\_\_\_\_ day of May, 2005.

_____
United States Magistrate Judge