AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

CESAR A. BOLANOS

**WARRANT FOR ARREST**

CASE NUMBER:

**05 - 0286M - 01**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Cesar A. Bolanos___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transfer, possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony offense relating to fraudulent and false documents.

**FILED**

JUN 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __1028A(a)__.

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

MAY 1 6 2005                District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 5/16/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/13/05 | SEAN MCLEOD SDUSM | S-[signature] |