## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     *

     Plaintiff      *

vs.      *     Case Number: 05-0286M

CESAR BOLANOS      *

     Defendant      *

### LINE OF APPEARANCE

Dear Madam Clerk:

     Please enter the appearance of Leslie D. Silverman, Esquire, and Leslie D. Silverman,

P.C., on behalf of the Defendant in the above captioned matter.

     Thank you for your assistance in this matter.


            Respectfully submitted,
            LESLIE D. SILVERMAN, P.C.


            _____/s/_____
            Leslie D. Silverman, Esquire
            4704 Hollywood Road
            College Park, MD  20740
            (301)  441-9000
            ATTORNEY FOR DEFENDANT


### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this   30th day of June, 2005, a copy of the foregoing
Line of Appearance was served electronically to: The Office of the United States  Attorney for
District of Columbia, 555 4th St. NW, Washington, DC 20530


            ____/s/_____
            Leslie D. Silverman