### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: |
| | : | |
| | : | Magistrate No.: 05-0286M-01 |
| v. | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1546(a) |
| **CESAR A. BOLANOS,** | : | (Fraud and Misuse of Visas, |
| Defendant | : | Permits, and Other Documents) |
| | : | |
| | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### Count One

On June 28, 2004, in the District of Columbia, the defendant, **CESAR A. BOLANOS,** sold a Peruvian passport with a valid United States Visa to a person not authorized by law to receive it in violation of 18 U.S.C. § 1546(a).

(**Fraud and Misuse of Visas, Permits, and Other Documents**, in violation of Title 18, United States Code, Section 1546(a)).

**Count Two**

On July 14, 2004, the defendant, **CESAR A. BOLANOS**, sold a District of Columbia birth certificate, a Guatemalan passport, and a Republic of Honduras birth certificate to someone not authorized by law to receive it in violation of 18 U.S.C. § 1546(a).

(**Fraud and Misuse of Visas, Permits, and Other Documents**, in violation of Title 18, United States Code, Section 1546(a)).

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451-058

_____
HEIDI M. PASICHOW
Assistant U.S. Attorney
D.C. Bar # 370-686
United States Attorney's Office
Transnational/Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
202-514-7533
Heidi.Pasichow@usdoj.gov