UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 05-299 (RWR) |
| CESAR BOLANOS, | ) |
| Defendant. | ) |

### ORDER

It is hereby

ORDERED that the plea hearing scheduled for August 18, 2005 be, and hereby is, CONTINUED to October 11, 2005 at 3:30 p.m. With the consent of the defendant and the government, it is further

ORDERED that time from August 18, 2005 through October 11, 2005 be, and hereby is, EXCLUDED under the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A). The ends of justice served by this exclusion outweigh the best interest of the public and the defendant in a speedier trial. The purpose of the exclusion is to permit the parties to modify and finalize arrangements for a disposition of this case without trial.

SIGNED this 18th day of August, 2005.

/s/ RW Roberts
RICHARD W. ROBERTS
United States District Judge

