# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No.: 05-299 (RWR) |
| : | |
| v. : | |
| : | |
| CESAR A. BOLANOS, : | |
| Defendant : | |
| : | |

## AMENDED NOTICE OF DEFENDANT'S INTENTION TO PLEAD TO INFORMATION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that the defendant, through his counsel, has informed the United States that he intends to plead guilty to the amended two-count information at the hearing scheduled for October 11, 2005. The United States provides the Court with the following information for the purposes of conducting the plea colloquy and has enclosed herewith the United States' plea proffer.

The United States filed the amended information on September 22, 2005, charging the defendant with two counts of violating Title 18, United States Code, Section 1546(a) (Fraud and Misuse of Visas, Permits, and Other Documents). Pursuant to 18 U.S.C. § 1546(a), this offense is punishable by imprisonment of up to 10 years. Under 18 U.S.C. § 3571(b)(3), it is also punishable by a fine of up to $250,000, and a term of supervised release not to exceed three years pursuant to 18 U.S.C. § 3583(b)(2). In addition, the defendant may be required to pay a special assessment of $200 under United States Sentencing Guideline Section 5E1.3(2)(A). See also 18 U.S.C. § 3013. Pursuant to Section 5E1.2 of the United States Sentencing Guidelines, the Court

may also impose a fine sufficient to pay the federal government the costs of any imprisonment.

The elements for Fraud and Misuse of Visas, Permits, and Other Documents are:

(1) the defendant knowingly uttered a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States; and

(2) did so knowing it to have been unlawfully obtained.

See 18 U.S.C. § 1546(a).  See also U.S. v. Polar, 369 F.3d 1248, 1252 (11th Cir. 2004) (knowledge requirement); U.S. v. Rahman, 189 F.3d 88, 119 (2nd Cir. 1999) (foreign passport is qualifying document).  The parties have calculated and agreed that under Sentencing Guidelines Section 2L1.2(a), the defendant's base level, prior to any adjustment for acceptance of responsibility, would be 11.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN
                                      United States Attorney
                                      D.C. Bar #451-058

                                      _____
                                      HEIDI M. PASICHOW
                                      Assistant U.S. Attorney
                                      D.C. Bar # 370-686
                                      United States Attorney's Office
                                      555 4th Street, N.W.
                                      Washington, D.C. 20001
                                      202-514-7533
                                      Heidi.Pasichow@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a copy of the foregoing document has been faxed and mailed, postage prepaid to counsel for defendant, Leslie Silverman, Esquire, Law Offices of Leslie Silverman, P.C., 4704 Hollywood Road, College Park, Maryland 20740, on this 22nd day of September, 2005.

                                                                         _____
                                                                   HEIDI M. PASICHOW, AUSA