**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 05-299 (RWR) |
| | : | |
| | : | Magistrate No.: 05-0286M-01 |
| v. | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1546(a) |
| **CESAR A. BOLANOS,** | : | (Fraud and Misuse of Visas, |
| Defendant | : | Permits, and Other Documents) |
| | : | |
| | : | |

**AMENDED  I N F O R M A T I O N**

The United States Attorney informs the Court that:

**Count One**

On June 28, 2004, in the District of Columbia, the defendant, **CESAR A. BOLANOS,** did knowingly possess and utter a Peruvian passport and a valid United States visa, documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, which the defendant knew to be unlawfully obtained, in that the defendant gave the documents , which the defendant knew to have been stolen, to another person in exchange for money.

(**Fraud and Misuse of Visas, Permits, and Other Documents**, in violation of Title 18, United States Code, Section 1546(a)).

**Count Two**

On July 14, 2004, in the District of Columbia, the defendant, **CESAR A. BOLANOS,** did knowingly possess and utter a Guatemalan passport and a District of Columbia Certificate of Live Birth, documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, which the defendant knew to be unlawfully obtained, in that the defendant gave the Guatemalan passport and the District of Columbia Certificate of Live Birth, which defendant knew to have been stolen, to another person in exchange for money.

(**Fraud and Misuse of Visas, Permits, and Other Documents**, in violation of Title 18, United States Code, Section 1546(a)).

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451-058

_____
HEIDI M. PASICHOW
Assistant U.S. Attorney
D.C. Bar # 370-686
United States Attorney's Office
Transnational/Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
202-514-7533
Heidi.Pasichow@usdoj.gov