THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff | * | |
| vs. | * | Case No.: **05-299(RWR)** |
| **CESAR BOLANOS** | * | |
| Defendant | * | |

### DEFENDANT'S EMERGENCY UNOPPOSED MOTION TO CONTINUE PLEA HEARING DATE

NOW COMES, the Defendant, by and through undersigned counsel, and with the consent of the United States Attorney's Office, hereby respectfully requests that this matter be continued to Monday, October 17, 2005 in order for the Defendant to plead guilty to the amended two-count Information, and for good cause state as follows:

1. That this matter had been set for a plea hearing on Tuesday, October 11, 2005 at 3:30 p.m. Undersigned counsel went out of town over the Columbus Day weekend, and upon her return late Monday evening fell ill. Her law partner is not licensed to practice in the District of Columbia, but contacted the prosecutor and Judge's chamber after his Tuesday morning court appearances to report the situation and to secure a new court date that could be cleared with the court and available for both undersigned counsel and the United States Attorney's Office. Said date is Monday, October 17, 2005 at 3 p.m. The United States Attorney's Office has consented to this new plea date by telephone on Monday afternoon, October 11, 2005.

WHEREFORE, the Defendant respectfully requests that the plea date in this matter be continued by consent to Monday, October 17, 2005 at 3 p.m.

Respectfully submitted,
LESLIE D. SILVERMAN, P.C.


_____/s/_____

Leslie D. Silverman, Esquire

                                              4704 Hollywood Road
                                              College Park, MD  20740
                                              (301)  441-9000
                                              ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      **I HEREBY CONFIRM** that on this __12_ day of October, 2005, a copy of the foregoing Defendant's Unopposed Emergency Motion to Continue Plea Hearing Date was electronically served to:

Heidi M. Pasichow, Esquire
Assistant US Attorney
United States Attorney's Office
District of Columbia
555 4th St, NW
Washington, DC 20530

                                              _____/s/_____
                                              Leslie D. Silverman