THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff | * | |
| vs. | * | Case No.: **05-299(RWR)** |
| **CESAR BOLANOS** | * | |
| Defendant | * | |

## ORDER

THAT UPON CONSIDERATION of the Defendant's Emergency Unopposed Motion to Continue Plea Hearing Date, it is hereby

ORDERED this         th day October, 2005, that the Defendant's Plea Hearing Date be continued to Monday, October 17th 2005 at 3 p.m.

_____
Richard W. Roberts
United States District Court
Judge for the District of Columbia

Cc: Pasichow, Esquire
    Silverman, Esquire