THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          *

    Plaintiff                                    *

vs.                                                    *    Case No.: **05-299(RWR)**

**CESAR BOLANOS**                      *

    Defendant                                *

                                **ORDER**

FILED
OCT 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THAT UPON CONSIDERATION of the Defendant's Emergency Unopposed Motion to Continue Plea Hearing Date, it is hereby

ORDERED this _13_ th day October, 2005, that the Defendant's Plea Hearing Date be continued to Monday, October 17th 2005 at 3 p.m.

_____
Richard W. Roberts
United States District Court
Judge for the District of Columbia

Cc: Pasichow, Esquire
    Silverman, Esquire