# United States District Court

_____ DISTRICT OF _____



UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 5-299

I, _Cesar Bolanos_, the above named defendant, who is accused of

**FILED**

OCT 17 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/17/05__ prosecution by indictment and consent that the
                              Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer