HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-299 |
| vs. | : | |
| BOLANOS, Cesar | : | Disclosure Date: November 22, 2005 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                         12/5/05
**Prosecuting Attorney**                              **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____   _____  _____
**Defendant**        **Date**    **Defense Counsel**  **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 7, 2005**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

(1) The Presentence Investigation Report does not acknowledge that the parties agreed that Mr. Bolanos will pay, through criminal forfeiture, the total sum of proceeds of his illegal sales of passports and other documents. The payment will be at least $1700. and it will be paid to the United States pursuant to 18 USC § 982(a)(6). Further representations will be made in the sentencing memorandum submitted by the government.

(2) Page 4 refers to the total number of documents sold to the US officer during the months of June and July and pertaining to the two counts to which Mr. Bolanos plead guilty. Although the calculation under the USSG will not be affected by this clarification, the sale of documents on July 14, 2005 involve 3 documents, one of which is unrelated to the other two. Therefore, the total numbers of documents sold are 3 not 2 as noted in paragraph 10, footnote 1.

Signed by: _____
(~~Defendant/Defense Attorney~~/AUSA)

Date: 12-5-05